AO 245A (Rev. 12/03) Judgment of Acquittal

FILED IN OPEN COURT
ON 4-10-2014
Julie A. Richards, Clerk
US District Court
Eastern District of NC

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

JACOB LINWOOD ALONZO PATTERSON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 7:13-MJ-1150-RJ

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

ROBERT B. JONES, JR., USMJ
Name of Judge | Title of Judge

4/10/2014
Date